

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,400-01

### EX PARTE ROLANDO AGUIRRE, Applicant

### ON APPLICATION FOR AN ORIGINAL WRIT OF HABEAS CORPUS IN THE 69TH DISTRICT COURT FROM DALLAM COUNTY

*Per curiam*.

### O R D E R

Pursuant to this Court's original jurisdiction to issue writs of habeas corpus, Applicant presents a motion for leave to file an original application for a writ of habeas corpus. TEX. CONST. art. V, § 5(c); TEX. CODE CRIM. PROC. art. 4.04 § 1. Applicant contends that the district court improperly ordered that he be held without bond on two non-capital charges.

Before this Court considers whether exercising jurisdiction in this case is appropriate, the State and District Court are invited to respond to Applicant's writ claims.

The Applicant is directed to supplement the record with the State's motion to increase bond, the record from his December 21, 2021 habeas corpus hearing, and any other relevant evidence in support of his allegations no later than January 7, 2022.

Applicant's motion for leave to file an application for a writ of habeas corpus shall be held in abeyance pending further order of the Court. The State may and District Court may submit any response no later than January 7, 2022.

Filed: December 28, 2021
Do not publish